IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO SOTO,

    Plaintiff,                    No. CIV S-04-0571 FCD GGH P

    vs.

WARDEN D.L. RUNNELS,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 17, 2005, plaintiff filed a motion for preliminary injunctive relief which goes to the merits of his complaint. Defendant is directed to file any opposition to the motion within 15 days of the date of this order.

        IT IS SO ORDERED.

DATED: 5/3/05

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
soto0571.rsp