IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO SOTO,

      Plaintiff,                     No. CIV S-04-0571 FCD GGH P

      vs.

WARDEN D.L. RUNNELS,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On May 3, 2005, this court ordered defendant to file any opposition to plaintiff's March 17, 2005 motion for preliminary injunctive relief, going to the merits of his complaint, within 15 days.  On April 28, 2005, plaintiff filed a motion for a temporary restraining order alleging that defendant Runnels has placed a known enemy of plaintiff's in the same housing unit as plaintiff in retaliation for plaintiff's having brought this action.  Defendant must also file a response to the motion for a TRO by May 20, 2005.

      IT IS SO ORDERED.

DATED: 5/6/05                                /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
soto0571.rsp2