1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-1940
8    Fax: (916) 324-5205

9  Attorneys for Defendant David L. Runnels
   SA2004103389
10

**FILED**

MAY 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15  SANTIAGO SOTO,                           NO. CIV S-04-0571 FCD GGH P

16                         Plaintiff,        [PROPOSED] ORDER GRANTING
                                             DEFENDANT'S FIRST REQUEST
17         v.                                FOR AN EXTENSION OF TIME

18  D. L. RUNNELS,

19                         Defendant.

20

21         Defendant's first request for an extension of time to file an Opposition to Plaintiff's

22  Motion for a Preliminary Injunction filed March 17, 2005, and Plaintiff's Motion for a

23  Temporary Restraining Order filed April 28, 2005, was considered by the Court, and good cause

24  appearing, Defendant's request is granted.

25         IT IS HEREBY ORDERED that Defendant shall have until June 4, 2005 to file an

26  opposition to Plaintiff's motions.

27  DATED: May 26, 2005                     GREGORY G. HOLLOWS
                                            _____
28                                          GREGORY G. HOLLOWS
                                            United States Magistrate Judge

[Proposed] Order Granting Defendant's First EOT

1