BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendant Runnels
SA2004103389

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANTIAGO SOTO,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**D. L. RUNNELS,**<br><br>                              Defendant. | NO. CIV S-04-0571 FCD GGH P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Defendant Runnels' request for leave to file a motion for summary judgment and request for an additional 30 days in which to file the motion was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that Defendant shall have until September 24, 2005 to file a motion for summary judgment.

DATED: 9/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
United States Magistrate Judge

soto0571.po

*[Proposed] Order Granting Defendant's Request for Leave to file MSJ*

1