1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-1940
8    Fax: (916) 324-5205

9  Attorneys for Defendant Runnels
   SA2004103389
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SANTIAGO SOTO,<br><br>Plaintiff,<br><br>v.<br><br>D. L. RUNNELS,<br><br>Defendant. | NO. CIV S-04-0571 FCD GGH P<br><br>**ORDER GRANTING DEFENDANT'S THIRD REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Defendant Runnels' third request for an extension of time to file a motion for summary judgment was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that Defendant shall have until October 16, 2005 to file a motion for summary judgment. There will be no further extension of time.

DATED: 10/04/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

soto0571.po3

*Order Granting Defendant's Third Request for an EOT to file a MSJ*

1