IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO SOTO,

      Plaintiff,                       No. CIV S-04-0571 FCD GGH P

      vs.

WARDEN D.L. RUNNELS, et al.,

      Defendants.             ORDER

_____/

      Plaintiff has requested a 15-day extension of time to file and serve his objections to the January 5, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's February 6, 2006 request for an extension of time is granted; and

      2. Plaintiff is granted fifteen days from the date of this order in which to file and serve his objections to the January 5, 2006 findings and recommendations.

DATED: 2/16/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
soto0571.36