IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO SOTO,

       Plaintiff,                    No. CIV S-04-0571 FCD GGH P

   vs.

WARDEN D.L. RUNNELS, et al.,

       Defendants.            ORDER

_____/

       Plaintiff has requested an extension of time to file his objections to the July 5, 2006, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 26, 2006, request for an extension of time is granted;

       2. Plaintiff shall file his objections to the July 5, 2006, findings and recommendations on or before August 21, 2006; and

       3. There will be no further extension of time.

DATED: 8/2/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
soto0571.36(2)